NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOJO INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**BUCKEYE INTERNATIONAL, INC.,**
*Defendant-Appellee.*

---

2011-1550

---

Appeal from the United States District Court for the Northern District of Ohio in No. 09-CV-2612, Senior Judge David D. Dowd, Jr.

---

**JUDGMENT**

---

RAY L. WEBER, Renner, Kenner, Greive, Bobak, Taylor & Weber, of Akron, Ohio, argued for Plaintiff-appellant. With him on the brief was LAURA J. GENTILCORE.

JENNIFER E. HOEKEL, Armstrong Teasdale, LLP, of St. Louis, Missouri, argued for defendant-appellee. With her on the brief was RICHARD L. BROPHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 9, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |